UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILE 44 INC.,<br><br>           Plaintiff,<br><br>       v.<br><br>JESSE PAZ, *et al.*,<br><br>           Defendants. | Case No. 2:24-cv-00640-FLA (JPRx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |

Plaintiff Mile 44, Inc. ("Plaintiff") filed the Complaint in this action on January 24, 2024.  Dkt. 1.  As of the date of this Order, Defendants Jesse Paz and Gonna Do It Anyway, LLC ("Defendants") have not filed a response to the Complaint.  Nevertheless, Plaintiff has not filed a request for the entry of Defendant's default or any other document.

Accordingly, the court ORDERS Plaintiff to Show Cause ("OSC") in writing within fourteen (14) days of the date of this Order why the court should not dismiss the action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in the dismissal of the action without further notice.  The filing of requests for entry of Defendants' default shall constitute a sufficient response to the OSC.  *See* Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED.

Dated: March 9, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2